UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH ) ) MDL No. 2100 ) |

**This Document Relates To:**

*Leticia Caperon v. Bayer HealthCare Pharmaceuticals Inc., et al.*    No. 10-cv-10653-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on August 26, 2014, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** August 26, 2014

Digitally signed by David R. Herndon
Date: 2014.08.26 14:53:27 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**